UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                           )<br>                      Plaintiff,          )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>JUAN GARCIA-NUNEZ,                  )<br>                                                           )<br>                      Defendant.      )<br>_____) | Case No. 08MJ1090<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  April 11, 2008              /s/  Erick  L.  Guzman
                                                    ERICK L. GUZMAN
                                                    Federal Defenders
                                                    225 Broadway, Suite 900
                                                    San Diego, CA 92101-5030
                                                    (619) 234-8467  (tel)
                                                    (619) 687-2666  (fax)
                                                    E-mail: erick_guzman@fd.org